UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUE RAY,

        Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

        Defendant.

C17-907-TSZ

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 5, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| **BENCH TRIAL DATE (1/2 day)** | **May 30, 2018** |
| Deadline for filing administrative record | September 6, 2017 |
| Deadline for filing dispositive motions | January 5, 2018 |
|     Responses to dispositive motions due | February 2, 2018 |
|     Any Replies due | March 2, 2018 |
| Agreed pretrial order due | May 11, 2018 |
| Trial briefs and proposed findings of fact and conclusions of law due | May 11, 2018 |
| Pretrial conference scheduled for | May 18, 2018, at 11:00 a.m. |

MINUTE ORDER Setting trial date and related dates - 1

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Karen Dews at (206) 370-8830; failure to do so constitutes grounds for sanctions. See Local Civil Rule 11(b).

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk