UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUE RAY,

        Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

        Defendant.

C17-907 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion for extension, docket no. 8, is GRANTED as follows:

    (a) Defendant shall file any motion for summary judgment, not to exceed twenty (20) pages in length, on or before January 19, 2018, and shall note such motion for March 23, 2018;

    (b) Plaintiff's response and any cross-motion for summary judgment shall be consolidated into one brief, not to exceed thirty (30) pages in length, and shall be filed on or before February 16, 2018;

    (c) Defendant's reply in support of its motion and any response to plaintiff's cross-motion shall be consolidated into one brief, not to exceed fifteen (15) pages in length, and shall be filed on or before March 16, 2018;

    (d) Plaintiff's reply in support of her cross-motion shall not exceed five (5) pages in length, and shall be filed by March 23, 2018; and

MINUTE ORDER - 1

(e) All other terms and conditions and all dates not inconsistent herewith that are set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 6, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of December, 2017.

William M. McCool<br>
Clerk<br>
<br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 2