UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SUE RAY, | |
|---|---|
| Plaintiff, | |
| v. | C17-907 TSZ |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion for extension, docket no. 13, is GRANTED as follows:

    (a) The deadline for defendant to file a consolidated reply in support of its motion for summary judgment and response to plaintiff's cross-motion is EXTENDED from March 16, 2018, to March 23, 2018;

    (b) The deadline for plaintiff to file a reply in support of her cross-motion for summary judgment is EXTENDED from March 23, 2018, to March 30, 2018; and

    (c) The parties' cross-motions, docket nos. 10 and 11, are RENOTED to March 30, 2018.

(2) The bench trial date of May 30, 2018, and all other remaining related dates and deadlines are STRICKEN, and will be reset, if appropriate, after the Court rules on the pending cross-motions for summary judgment.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2