UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUE RAY,

           Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

           Defendant.

C17-907 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Oral argument is hereby SET for June 27, 2018, at 1:30 p.m., on the pending cross-motions for summary judgment,[1] docket nos. 10 and 11. The cross-motions, docket nos. 10 and 11, are RENOTED to June 27, 2018.

(2) On or before May 25, 2018, defendant shall provide to the Court a courtesy copy of the administrative record, three-hole punched and suitably tabbed. *See* Minute Order dated August 14, 2017 (docket no. 6).

(3) On or before May 31, 2018, plaintiff shall provide to defendant's attorney a copy of her application for social security disability insurance benefits ("DIB") and/or supplemental security income ("SSI"), as well as copies of all decisions concerning plaintiff's eligibility for DIB and/or SSI, including determinations made initially and/or

---

[1] Plaintiff has styled her motion as alternatively seeking trial on the administrative record. The Court construes plaintiff's request as one for judgment, based on the administrative record, pursuant to Federal Rule of Civil Procedure 52. Plaintiff, however, has offered evidence, namely a letter from the Social Security Administration dated June 13, 2016, which is outside the Administrative Record. The Court reserves ruling on whether such additional material will be considered and on whether a bench trial will be necessary.

MINUTE ORDER - 1

on reconsideration by the Division of Disability Determination Services or another Washington agency and on any review by the Social Security Administration. Plaintiff shall also file such material with the Court **under seal**. This Minute Order may be used as authority for filing such material under seal, and no separate motion to seal is required. The Court makes no decision concerning whether or the extent to which such material will be accepted as evidence in this matter.

  (4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 22nd day of May, 2018.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk