UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUE RAY,

                  Plaintiff,

   v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

                  Defendant.

C17-907 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed plaintiff's notice of delay in obtaining Social Security Administration records, docket no. 19, the Court CONTINUES oral argument from June 27, 2018, at 1:30 p.m., to July 19, 2018, at 10:30 a.m. The pending cross-motions, docket nos. 10 and 11, are RENOTED to July 19, 2018. The deadline for plaintiff to file under seal and serve the materials described in the Minute Order entered May 22, 2018, docket no. 18, is EXTENDED to June 29, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1