1
2
3
4

UNITED STATES DISTRICT COURT
5
WESTERN DISTRICT OF WASHINGTON
6
AT SEATTLE

7
SUE RAY,

8
                              Plaintiff,

9
          v.                                        C17-907 TSZ

10
RELIANCE STANDARD LIFE                              MINUTE ORDER
INSURANCE COMPANY,
11
                              Defendant.
12

13
          The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:
14

          (1)     The parties' stipulated motion for entry of judgment, docket no. 23, is
15
GRANTED, and the Clerk is DIRECTED to enter judgment in the form proposed by the
parties.
16

          (2)     The Clerk is further DIRECTED to send a copy of this Minute Order and
17
the judgment to all counsel of record.

          Dated this 5th day of September, 2018.
18

19
                                        William M. McCool
                                        Clerk
20

                                        s/Karen Dews
21
                                        Deputy Clerk

22

23

MINUTE ORDER - 1