# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUE RAY,<br><br>        Plaintiff,<br><br>   v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>        Defendant. | **AMENDED** JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C17-907 TSZ |

\_\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The parties' stipulated motion to amend judgment, docket no. 26, is GRANTED, and the Judgment entered September 5, 2018, docket no. 25, is AMENDED as set forth herein. Judgment is entered in favor of plaintiff Sue Ray and against defendant Reliance Standard Life Insurance Company as follows:

1. Plaintiff is awarded ~~$88,359.30~~ **$25,865.40** in long-term disability benefits representing 24 months of benefits beginning on November 17, 2015.
2. Plaintiff is further awarded pre-judgment interest at a rate of nine percent (9%), which comes to ~~$7,952.34~~ **$3,203.30**.
3. Plaintiff is awarded $443.00 in costs.
4. Plaintiff is awarded $40,000.00 in attorney fees.
5. Defendant shall pay the amounts stated in Paragraphs 1 – 4, above, within ~~45~~ **20** days after entry of this **amended** judgment.
6. The claim is remanded to Reliance Standard Life Insurance Company to make a determination as to whether plaintiff is eligible for benefits beyond November 17, 2017.

Dated this 11th day of October, 2018.

                                                                  Thomas S. Zilly
                                                                  United States District Judge